**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

_____ v. _____

No. _____

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se       _____As counsel for:   _____
                                          Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant    _____Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name:              _____
Law firm:          _____
Address:           _____
City, State and ZIP: _____
Telephone:         _____
Fax #:             _____
E-mail address:    _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

March 27, 2014                    /s/ Mehran Arjomand
     Date                         Signature of pro se or counsel

cc: _____

Case No. 14-1351                                                                                                    154892800600

## **CERTIFICATE OF SERVICE**

      In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, this is to certify that I have this day served the foregoing Appearance form via the Court's CM/ECF on all counsel of record.


Dated: March 27, 2014                                     /s/ Mehran Arjomand
                                                                             Mehran Arjomand