**No. 14-1351**

**(Reexamination No. 95/001,548)**

_____

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

**ORACLE AMERICA, INC.,**

*Appellant*,

v.

**GOOGLE, INC.,**

*Appellee*.

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board.

---

**APPELLANT ORACLE AMERICA INC.'S
CERTIFICATE OF COMPLIANCE WITH RULE 17(f)**

---

MEHRAN ARJOMAND
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
Tel:   (213) 892-5630
Fax:   (213) 892-5454

APRIL 28, 2014

*Counsel for Appellant Oracle America, Inc.*

## CERTIFICATE OF COMPLIANCE WITH RULE 17(f)

Pursuant to Federal Circuit Rule 17(f), Appellant Oracle America, Inc.

certifies that the record contains no material subject to a protective order.

Respectfully submitted,

APRIL 28, 2014

__/s/ Mehran Arjomand_____
Mehran Arjomand
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 892-5630
Facsimile: (213) 892-5454
marjomand@mofo.com

*Counsel for Appellant Oracle America, Inc.*

la-1249186

# CERTIFICATE OF SERVICE

It is certified that the foregoing ("Certificate of Compliance with Rule 17(f)") was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit and all counsel of record by using the appellate CM/ECF system on the date listed below.


Dated:  April 28, 2014                                    /s/ Mehran Arjomand
                                                         Mehran Arjomand