**No. 14-1351**

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

_____

ORACLE AMERICA, INC.

*Appellant*,

v.

GOOGLE, INC.

*Appellee*.

_____

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board,
Reexamination Control No. 95/001,548.

_____

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
## OF BRIEFING TIME; DECLARATION OF
## ADAM M. CONRAD IN SUPPORT THEREOF

_____

Scott T. Weingaertner
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 556-2227
Facsimile:  (212) 556-2222
sweingaertner@kslaw.com

Robert T. Neufeld
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA  30309
Telephone:  (404) 572-3505
Facsimile:  (404) 572-4600
bnuefeld@kslaw.com

Daryl L. Joseffer
  *Counsel of Record*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, DC  20006
Telephone:  (202) 737-0500
Facsimile:  (202) 626-3737
djoseffer@kslaw.com

Adam M. Conrad
KING & SPALDING LLP
100 N. Tryon St., Ste. 3900
Charlotte, NC  28202
Telephone:  (704) 503-2600
Facsimile:  (704) 503-2622
aconrad@kslaw.com

*Counsel for Appellee Google Inc.*

June 10, 2014

# CERTIFICATE OF INTEREST

Counsel for Appellee Google Inc. certifies the following:

1. The full names of every party represented by me are Google Inc.

2. The names of the real parties in interest represented by me are Google Inc.

3. Google Inc. is a publicly traded company (NASDAQ: GOOG) and no publicly held companies own 10% or more of Google Inc.'s stock.

4. The names of all firms and the partners or associates that appeared for the parties now represented by me in the trial court or are expected to appear in this court are:

King & Spalding LLP:  Brian Banner; Adam M. Conrad; Daryl L. Joseffer; Robert Neufeld; Scott Weingaertner


This 10th day of June 2014.            /s/ *Adam M. Conrad*
                                        Adam M. Conrad

## **UNOPPOSED MOTION FOR EXTENSION OF BRIEFING TIME**

Pursuant to Federal Circuit Rule 26(b), Appellee Google Inc. ("Appellee") respectfully moves this Court for an extension of time of 30 days for the filing of its response brief.

Appellee has not previously sought an extension of time in this appeal. This extension is necessary because of the press of other business in this Court and other courts, as well as the travel schedules for Appellee's counsel. *See* Conrad Decl. ¶ 2.

Appellee's response brief is currently due on June 26, 2014. Under the requested 30-day extension, the brief would be due on July 28, 2014. *See* Conrad Decl. ¶ 4.

Counsel for Appellant Oracle America, Inc. does not oppose this motion and does not intend to file a response. *See* Conrad Decl. ¶ 3.

Dated:  June 10, 2014                    Respectfully submitted,


                                        /s/ *Adam M. Conrad*
                                        Daryl L. Joseffer
                                          *Counsel of Record*
                                        KING & SPALDING LLP
                                        1700 Pennsylvania Ave. NW
                                        Washington, DC  20006
                                        Telephone:  (202) 737-0500
                                        Facsimile:  (202) 626-3737
                                        djoseffer@kslaw.com

                                        Scott T. Weingaertner
                                        KING & SPALDING LLP
                                        1185 Avenue of the Americas
                                        New York, NY  10036
                                        Telephone:  (212) 556-2227
                                        Facsimile:  (212) 556-2222
                                        sweingaertner@kslaw.com

                                        Robert T. Neufeld
                                        KING & SPALDING LLP
                                        1180 Peachtree St., NE
                                        Atlanta, GA  30309
                                        Telephone:  (404) 572-3505
                                        Facsimile:  (404) 572-4600
                                        bnuefeld@kslaw.com

                                        Adam M. Conrad
                                        KING & SPALDING LLP
                                        100 N. Tryon St., Ste. 3900
                                        Charlotte, NC  28202
                                        Telephone:  (704) 503-2600
                                        Facsimile:  (704) 503-2622
                                        aconrad@kslaw.com

# **CERTIFICATE OF SERVICE**

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, this is to certify that I have this day served the foregoing Motion for Extension of time via the Court's CM/ECF on all counsel of record.

DATED: June 10, 2014

*/s/ Adam M. Conrad*